UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **06-20275-CIV-MORENO**

JOSE MIGUEL CEBALLOS PIMIENTA,

    Plaintiff,

vs.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE AND FORD MOTOR COMPANY,

    Defendants.
_____/

## ORDER DENYING MOTION TO VACATE ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the Plaintiff's Motion to Vacate Order of Dismissal and Reopen Case **(D.E. No. 45)** filed on **December 30, 2010**.

THE COURT has considered the motion, the response, oral argument, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion to vacate order of dismissal is DENIED. Plaintiff's motion seeks to vacate the Court's prior *forum non conveniens* dismissal in this case. That dismissal was without prejudice to the Plaintiff filing his case in Colombia. Uncontested is that this Plaintiff never re-filed his case in Colombia. Rather, Plaintiff seeks to "piggy-back" on a Colombian court order of dismissal entered in a similar, albeit completely unrelated case, *Salim Guerra v. Ford Motor Co.*. The *Guerra* order held the Colombian court lacked jurisdiction because the Defendants' domicile is in the United States. While that is likewise true in this case, the Court is persuaded that Plaintiff must show a good faith effort to litigate abroad before reinstating a case previously dismissed for

*forum non conveniens.* A mere dismissal in one case does not translate into a dismissal in all cases, especially where as here, the cases involve different accidents, in different locations in Colombia. Simply put, another Colombian judge may disagree with the ruling in *Guerra* and find jurisdiction in this case. Accordingly, the Court finds that Plaintiff's failure to re-file abroad precludes him from seeking reinstatement. There was nothing in this Court's prior dismissal of this case that allowed otherwise. In open Court, Plaintiff's counsel requested this denial be with prejudice.

DONE AND ORDERED in Open Court on August 23, 2011 and in Chambers at Miami, Florida, this 31st day of August, 2011.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record